JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MITIKIRO MATAPO TEAVA,

Petitioner,

v.

MARKWAYNE MULLIN *et al.*,

Respondents.

Case No. 5:26-cv-03573-ACCV

**ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241**

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 2241, the Petition for Writ of Habeas Corpus in this action is granted in part and judgment entered by the Court, without requiring any further proceedings and consistent with the reasons and findings set forth in Court's Order Granting First Amended Petition In Part.

IT IS SO ORDERED.

DATED: August 19, 2026

HON. ANGELA C. C. VIRAMONTES
United States Magistrate Judge